# Notice Recipients

District/Off: 1087–5     User: admin     Date Created: 3/27/2025
Case: 24–13570     Form ID: pdf001     Total: 75

**Recipients of Notice of Electronic Filing:**

| | | |
|---|---|---|
| ust | United States Trustee | Ustpregion20.oc.ecf@usdoj.gov |
| tr | John T. Hardeman | 13trustee@chp13okc.com |
| aty | David M. Roberts | DavidmRobertsjd@gmail.com |
| aty | Kelly Parker | kparker@lamunmock.com |
| aty | Lorena Massey | bankruptcy@tax.ok.gov |
| aty | Sally E. Garrison | Sally.Garrison@mtglawfirm.com |
| aty | Teresa D Gerber | info@okbankruptcy.com |

TOTAL: 7

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | | | |
|---|---|---|---|---|
| db | Dennis Dallos | 714 Lakeview Drive | Cushing, OK 74023 | |
| jdb | Janice M Casterlin | 714 Lakeview Drive | Cushing, OK 74023 | |
| cr | Ally Bank c/o AIS Portfolio Services, LLC | 4515 N Santa Fe Ave. Dept. APS | Oklahoma City, OK 73118 | |
| cr | Oklahoma Tax Commission | Oklahoma Tax Commission | PO BOX 269056 | Oklahoma City, OK 73102 |
| smg | Oklahoma Tax Commission | Legal Division | 120 N Robinson Suite 2000W | Oklahoma City, OK 73102–7801 |
| smg | Oklahoma Employment Security Commission | PO Box 53039 | Oklahoma City, OK 73152–3039 | |
| 6893624 | AFFIRM INC | 633 FOLSOM ST FL 7 | SAN FRANCISCO CA 94107 | |
| 6893625 | ALLY FINANCIAL | 200 RENAISSANCE CTR B0 | DETROIT MI 48243 | |
| 6893626 | AMEX | P O BOX 297871 | FORT LAUDERDALE FL 33329 | |
| 6896892 | Affirm, Inc. | Resurgent Capital Services | PO Box 10587 | Greenville, SC 29603–0587 |
| 6897393 | Ally Bank c/o AIS Portfolio Services, LLC | 4515 N. Santa Fe Ave. Dept. APS | Oklahoma City, OK 73118 | |
| 6902214 | American Express National Bank | c/o Becket and Lee LLP | PO Box 3001 | Malvern PA 19355–0701 |
| 6902215 | American Express National Bank | c/o Becket and Lee LLP | PO Box 3001 | Malvern PA 19355–0701 |
| 6902216 | American Express National Bank | c/o Becket and Lee LLP | PO Box 3001 | Malvern PA 19355–0701 |
| 6902217 | American Express National Bank | c/o Becket and Lee LLP | PO Box 3001 | Malvern PA 19355–0701 |
| 6893627 | BANKERS HEALTHCARE GROUP LLC | 201 SOLAR STREET | SYRACUSE NY 13204 | |
| 6893628 | BLUEVINE | CO WEINSTEIN RILEY | 749 GATEWAY STE G601 | ABILENE TX 79602 |
| 6893629 | BRONCO EQUIPMENT RENTAL LLC | 9600 NW 10TH ST | OKLAHOMA CITY OK 73127 | |
| 6898339 | Bankers Healthcare Group, LLC | 201 Solar Street | Syracuse, NY 13204 | |
| 6896707 | Bluevine Inc. | C/O Weinstein & Riley, P.S. | 749 GATEWAY, SUITE G–601 | ABILENE, TX 79602 |
| 6893630 | C3 RENTALS LLC | 107 IMPERIAL BLVD 10 | HENDERSONVILLE TN 37075 | |
| 6893631 | CAP1 | PO BOX 82608 | LINCOLN NE 68521 | |
| 6893632 | CAPITAL ONE | PO BOX 85064 | GLEN ALLEN VA 23058 | |
| 6893633 | CARRINGTON MORTGAGE SE | 1610 E SAINT ANDREW PL | SANTA ANA CA 92705 | |
| 6893634 | CARRINGTON MORTGAGE SERVICE | 1600 S DOUGLASS RD STE 2 | ANAHEIM CA 92806 | |
| 6895512 | Capital One, N.A. | 4515 N Santa Fe Ave | Oklahoma City, OK 73118 | |
| 6906779 | Carrington Mortgage Services, LLC | 1600 South Douglass Road | Anaheim, CA 92806 | |
| 6906778 | Carrington Mortgage Services,LLC | 1600 South Douglass Road | Anaheim, CA 92806 | |
| 6893635 | DISCOVER BANK | PO BOX 15316 | WILMINGTON DE 19850 | |
| 6900844 | Discover Bank | P.O. Box 3025 | New Albany, OH 43054–3025 | |
| 6901514 | Discover Bank | P.O. Box 3025 | New Albany, OH 43054–3025 | |
| 6895285 | Discover Bank | PO Box 3025 | New Albany, OH 43054–3025 | |
| 6893636 | EXTRA | 360 E 2ND ST 804 | LOS ANGELES CA 90012 | |
| 6893637 | FLOWERING PEACH | POB 141419 | IRVING TX 75014 | |
| 6900448 | Flowering Peach BK, LLC | Peritus Portfolio Services II, LLC | PO Box 1149 | Grapevine, TX 76099 |
| 6893638 | INTERNAL REVENUE SERVICE | 55 NORTH ROBINSON AVENUE | OKLAHOMA CITY OK 731029226 | |
| 6899841 | Internal Revenue Service | P.O. Box 7346 | Philadelphia, PA 19101–7346 | |
| 6893639 | JEFFERSON CAPITAL | POB 7999 | SAINT CLOUD MN 56302 | |
| 6893640 | JPMCB CARD | 201 N WALNUT ST | WILMINGTON DE 19801 | |
| 6899634 | JPMorgan Chase Bank, N.A. | s/b/m/t Chase Bank USA, N.A. | c/o National Bankruptcy Services, LLC | P.O. Box 9013   Addison, Texas 75001 |
| 6900142 | JPMorgan Chase Bank, N.A. | s/b/m/t Chase Bank USA, N.A. | c/o National Bankruptcy Services, LLC | P.O. Box 9013   Addison, Texas 75001 |
| 6901454 | Jason Khano | 3050 Peachtree Road NW | Suite 240 | Atlanta, GA 30305 |
| 6905723 | Jefferson Capital Systems LLC | Po Box 7999 | Saint Cloud MN 56302–9617 | |
| 6893641 | KOHLSCAPONE | N56 RIDGEWOOD DR | MENOMONEE FAL WI 53051 | |
| 6893642 | LVNV FUNDING COLLECTIONS | PO BOX 12696 | GREENVILLE SC 29602 | |

| | | | | |
|---|---|---|---|---|
| 6907209 | LVNV Funding, LLC | Resurgent Capital Services | PO Box 10587 | Greenville, SC 29603–0587 |
| 6902690 | MEDALLION | 4315 Pickett Road, Bankruptcy Department | St. Joseph, Missouri 64503 | |
| 6893643 | MEDALLION BANK | 4315 PICKETT ROAD BK DEPT | SAINT JOSEPH MO 64503 | |
| 6893644 | MIDLAND CREDIT MANAGEMENT | POB 2037 | WARREN MI 48090 | |
| 6906934 | MIDLAND CREDIT MANAGEMENT, INC. | PO BOX 2037 | WARREN, MI 48090 | |
| 6906933 | Midland Credit Management, Inc. | PO Box 2037 | Warren, MI 48090 | |
| 6893645 | OKLAHOMA TAX COMMISSION | PO BOX 26800 | OKLAHOMA CITY OK 731260800 | |
| 6893646 | OPPORTUNITY FUND | 111 W ST JOHN STREET | SAN JOSE CA 95113 | |
| 6893647 | PORTFOLIO | 140 CORPORATE BLVD STE 100 | NORFOLK VA 23502 | |
| 6893648 | PORTFOLIO RECOVERY ASSOCIATES | PO BOX 41067 | NORFOLK VA 23541 | |
| 6895198 | Portfolio Recovery Associates, LLC | POB 41067 | Norfolk, VA 23541 | |
| 6893649 | QFS CAPITAL | CO AUBREY THRASHER LLC | 12 POWDER SPRINGS STE 240 | MARIETTA GA 30064 |
| 6901455 | QFS CAPITAL LLC | c/o Aubrey Thrasher, LLC | 3050 Peachtree Road NW | Suite 240 Atlanta, GA 30305 |
| 6904456 | Quantum3 Group LLC as agent for | Crown Asset Management LLC | PO Box 788 | Kirkland, WA 98083–0788 |
| 6905058 | Quantum3 Group LLC as agent for | Velocity Investments LLC | PO Box 788 | Kirkland, WA 98083–0788 |
| 6893650 | RESURGENT RECEIVABLES | POB 10587 | GREENVILLE SC 29603 | |
| 6896897 | Resurgent Receivables, LLC | Resurgent Capital Services | PO Box 10587 | Greenville, SC 29603–0587 |
| 6893651 | SSTMEDBK | 4315 PICKETT RD | ST JOSEPH MO 64503 | |
| 6893652 | SYNCBAMAZON | PO BOX 981400 | EL PASO TX 79998 | |
| 6902729 | Systems & Services Technologies Inc. | 4315 Pickett Road, Bankruptcy Dept. | St. Joseph, MO 64503 | |
| 6893653 | THDCBNA | PO BOX 9714 | GRAY TN 37615 | |
| 6893654 | TIMEPAYMENT CORP | 10M COMMERCE WAY | WOBURN MA 01801 | |
| 6893655 | TINKER FCU | PO BOX 45750 | OKLAHOMA CITY OK 73145 | |

TOTAL: 68